## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Russell Dean Mayer

<u>Debtor</u>

CHAPTER 13

BKY. NO. 16-13365 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Seterus Inc. as Servicer for Federal National Mortgage Association ("Fannie Mae"), and index same on the master mailing list.

Re: Loan # Ending In: 6263

Respectfully submitted,

**<u>/s/Joshua I. Golman, Esquire</u>**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406