# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Russell Dean Mayer<br>       Debtor<br><br>Federal National Mortgage Association ("Fannie Mae")<br>       Moving Party<br>  vs.<br><br>Russell Dean Mayer<br>       Debtor<br><br>Frederick L. Reigle Esq.,    Trustee | BK NO. 16-13365 SR<br><br>Chapter 13<br><br>Related to Claim No. N/A |

## CERTIFICATE OF SERVICE OF NOTICE OF
## MORTGAGE PAYMENT CHANGE

I, Joshua I. Goldman, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 7, 2016, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Russell Dean Mayer
126 Elderberry Drive
Levittown, PA 19054

Attorney for Debtor(s)
Donald Williford, Esquire
114 Radcliffe Street, (VIA ECF)
Bristol, PA 19007

Trustee
Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: November 7, 2016

            **/s/ Joshua I. Goldman, Esquire**
            Joshua I. Goldman, Esquire
            Attorney I.D. No. 205047
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: 215-825-6306, Fax: 215-825-6406
            Attorney for Movant/Applicant