UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

RUSSELL D MAYER
                                                : Bankruptcy No. 16-13365SR
        Debtor(s)                               : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

Dated: January 18, 2017

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DONALD WILLIFORD ESQ
114 RADCLIFFE ST
BRISTOL PA 19007-

RUSSELL D MAYER
126 ELDERBERRY DRIVE
LEVITTOWN,PA.19054