**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: RUSSELL D. MAYER        : BKY. NO. 16-13365
                                        : CHAPTER 13

**CERTIFICATE OF SERVICE**

      I, Donald Williford, Esquire, hereby certify that a copy of the attached certification of no response was mailed on February 16, 2017 by first class mail to Debtor, creditors on the matrix and via email to the following:

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Chapter 13 Trustee
Frederick Reigle, Esquire
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

                                                     Respectfully submitted,

Date:   02/16/2017                         */s/Donald Williford*
                                                    DONALD WILLIFORD, ESQUIRE
                                                    Attorney I.D. #50130
                                                    114 Radcliffe Street
                                                    Bristol, PA 19007
                                                    (215) 785-3241